**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                        **ORDER**
                Plaintiff,              09-cv-4036 (ADS) (WDW)

     -against-

GREGORY J. FREEMAN
a/k/a GREGORY FREEMAN,

                           Defendant.
----------------------------------------------------------X

**APPEARANCES:**

**Michael T. Sucher, Esq.**
*Attorney for the plaintiff*
26 Court Street, Suite 2412
Brooklyn, NY 11242

**NO APPEARANCE**
Gregory J. Freeman

**SPATT, District Judge.**

      On November 24, 2009, the Clerk of the Court entered a notation of default against the defendant Gregory J. Freeman. On April 12, 2010, the Court entered a default judgment against the defendants and referred the matter to United States Magistrate Judge William D. Wall for an inquest as to damages. On July 26, 2010, Judge Wall issued a thorough Report recommending that the plaintiff be awarded damages in the amount of $12,337.56. To date, there have been no objections to Judge Wall's Report.

In reviewing a report and recommendation, a court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. §636(b)(1)(C). "To accept the report and recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." Wilds v. United Parcel Serv., 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003) (citing Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)). The Court has reviewed Judge Wall's Report and finds it be persuasive and without any legal or factual errors. There being no objection to Judge Wall's Report, the Court adopts it.

Therefore, it is hereby

**ORDERED** that Judge Wall's Report and Recommendation is adopted in its entirety, and it is further

**ORDERED**, that the Clerk of the Court is directed to enter a default judgment against the defendants in the amount of $12,337.56, and it is further

**ORDERED**, that the Clerk of the Court is directed to close this case.

**SO ORDERED.**

Dated: Central Islip, New York
September 2, 2010

*/s/ Arthur D. Spatt*
ARTHUR D. SPATT
United States District Judge